UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **JESUS TERRAZAS, EDWARD ULATE, and ROBERT BOUTWELL, individually and on behalf of all others similarly situated,** § § § § § | |
| Plaintiffs, § | CIVIL ACTION NO. 2:23-cv-00452-JB-DLM |
| vs. § | |
| **DXP ENTERPRISES, INC.** § | |
| Defendant. § | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Jesus Terrazas, Edward Ulate and Robert Boutwell and Defendant DXP Enterprises, Inc. (the "Parties") file this Joint Stipulation for Dismissal with Prejudice by and through their attorneys pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

A Settlement Agreement resolving all claims in this dispute has been reached and executed. The Settlement Agreement calls for the dismissal *with prejudice* of this lawsuit.

THEREFORE, the Parties hereby ask the Court to enter judgment dismissing this litigation on the merits and with prejudice.

**RESPECTFULLY SUBMITTED AND AGREED TO BY:**

Dated: March 6, 2025

**BORSELLINO, P.C.**

*/s/ Josh Borsellino*
Josh Borsellino
josh@dfwcounsel.com
PO Box 162973
Austin, TX 78716

**ATTORNEY FOR PLAINTIFFS
AND PUTATIVE CLASS MEMBERS**

Dated: March 6, 2025

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Christopher R. Jones*
Christopher R. Jones
crjones@grsm.com
555 Seventeenth Street, Suite 3400
Denver, CO 80202

**ATTORNEY FOR DEFENDANT
DXP ENTERPRISES, INC.**

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 7, 2025, I served the foregoing on all parties and/or their counsel of record via the Court's CM/ECF filing system in accordance with the Federal Rules of Civil Procedure.

*/s/ Josh Borsellino*