**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

JESUS TERRAZAS, ROBERT BOUTWELL, and EDWARD ULATE, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

No. CIV 23-0452 JB/DLM

DXP ENTERPRISES, INC.,

Defendant.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Order Dismissing Case With Prejudice, filed March 17, 2025 (Doc. 81)("Dismissal Order"). In the Dismissal Order, the Court dismisses this case with prejudice. See Dismissal Order at 1. With no more parties, issues, or claims before the Court, the Court enters, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, Final Judgment, disposing of this case.

**IT IS ORDERED** that: (i) the Plaintiff's Original Complaint, filed May 24, 2023 (Doc. 1), is dismissed with prejudice; (ii) this case is dismissed with prejudice; and (iii) Final Judgment is entered.

UNITED STATES DISTRICT JUDGE

*Counsel:*

Josh Borsellino
Borsellino P.C.
Austin, Texas

*Attorney for the Plaintiffs*

Christopher Ryan Jones
Gordon Rees Scully Manshukhani, LLP
Denver, Colorado

*Attorneys for the Defendant*